

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6328
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The clerk's record was originally due on January 31, 2019. On February 22, 2019, the Clerk of this Court notified the trial court clerk, Jan Davis, that she is the clerk responsible for timely filing the clerk's record in this appeal and that the clerk's record is late. The Clerk of this Court explained that if the clerk's record had not been filed because (1) the appellant had failed to pay or make arrangements to pay the clerk's fee, or (2) the appellant was not entitled to appeal without paying the fee, the trial court clerk must file a notification of late record stating such fact within ten days. Otherwise, the Clerk of this Court informed the trial court clerk that she must file the clerk's record within thirty days.

On April 1, 2019, the trial court clerk filed a notification of late clerk's record, requesting an extension and stating the clerk's record will be completed by April 9, 2019. We grant the extension and ORDER the trial court clerk to file the clerk's record no later than April 9, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.



KEITH E. HOTTLE,
Clerk of Court